**Dismiss and Opinion Filed November 23, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00841-CV

**JAYSON HOWARD MOORE, Appellant**
**V.**
**DALLAS MORNING NEWS, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06923**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Garcia
Opinion by Justice Myers

This appeal challenges the trial court's interlocutory order granting, under the

Texas Citizens' Participation Act (TCPA), appellee's motion to dismiss appellant's

claims against it.[1]  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003.  Because the

appeal appeared to have been filed prematurely, we questioned our jurisdiction over

the appeal and requested briefing from the parties.  *See Trane US, Inc. v. Sublett*,

501 S.W.3d 783, 787 (Tex. App.—Amarillo 2016, no pet.) (per curiam)

---

[1] The order left pending the amount of attorney's fees and costs to be awarded to appellee, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 27.009, and did not address appellant's claims against a third-party.

(interlocutory order granting TCPA motion to dismiss not appealable unless all parties and claims have been determined).

In his jurisdictional brief, appellant requests dismissal of the appeal, acknowledging that the order is not yet appealable and that the Court lacks jurisdiction.[2]  We grant the request and dismiss the appeal.  *See id.*; *see also* TEX. R. APP. P. 42.3(a).

210841f.p05

/Lana Myers//
LANA MYERS
JUSTICE

---

[2] Though given an opportunity to respond, appellee has not responded.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAYSON HOWARD MOORE,
Appellant

No. 05-21-00841-CV      V.

DALLAS MORNING NEWS, INC.,
Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-06923.
Opinion delivered by Justice Myers,
Justices Molberg and Garcia
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Dallas Morning News, Inc. recover its costs, if any, of this appeal from appellant Jayson Howard Moore.

Judgment entered this 23rd day of November, 2021.